# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DANTE F. FREDRICK, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-124 |
| | * | |
| v. | * | |
| | * | |
| CITY OF BRUNSWICK; and DETECTIVE DANIEL MERRITT, | * | |
| | * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 24. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion to Dismiss, **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court **DENIES as moot** Defendants' Motion for Summary

AO 72A
(Rev. 8/82)

Judgment.

    SO ORDERED, this 26 day of August, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA